**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 195 WAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (PIREE), | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 28th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.